```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
BRUCE HALLETT,                      :
                                    :
     Plaintiff,                     :
                                    :   20-cv-3881 (JSR)
     -v-                            :
                                    :   ORDER
STUART DEAN CO., et al.,            :
                                    :
     Defendants.                    :
                                    :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

Now before the Court is defendants' motion for summary judgment pursuant to Federal Rule of Civil Procedure 56. ECF No. 66. Upon consideration, the Court denies defendants' motion for summary judgment on Counts One (breach of contract – wrongful termination) and Six (breach of implied covenant of good faith and fair dealing) and grants defendants' motion for summary judgment on all other claims. An opinion explaining the reasons for this ruling will follow in due course.

SO ORDERED.

Dated:   New York, NY
         January 29, 2021

_____
United States District Judge