UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
BRUCE HALLETT,                       :
                                     :
        Plaintiff,                   :
                                     :        20-cv-3881 (JSR)
        -v-                          :
                                     :        ORDER
STUART DEAN Co., et al.,             :
                                     :
        Defendants.                  :
                                     :
------------------------------------x
JED S. RAKOFF, U.S.D.J.

    The parties have informed the Court that they have reached an

agreement in principle to resolve all remaining claims in this

action.  Therefore, the case is hereby dismissed with prejudice,

but with leave for any party to move within 30 days from the date

hereof to reopen the case and proceed to trial if settlement is

not fully effectuated.

    SO ORDERED.

Dated:   New York, NY
         May 20, 2021                JED S. RAKOFF, U.S.D.J.

1